## ERROR.

### No. 1.

**ANONYMOUS.**  *Washington*, 1816.

JUDGMENT of Court, for a sum exceeding the sum total in the ad damnum, is error.

### No. 2.

**SLADE** *against* **DAY.**  *Franklin*, 1816.

THE decision of a former Court, that there is error in the judgment, &c. and the same be reversed, and set aside, is conclusive upon the Court, at a subsequent term, to which the cause is continued, for the court to render such judgment as the County Court ought to have rendered.

### No. 3.

**HATHAWAY** *against* **BURTON.**  *Franklin*, 1816.

A rule entered into by the parties, that the cause shall be tried by the Court, may be enforced by the Court ; and if the party refuses to put the issue to the Court, in pleading, it will not be error in the Court, to render judgment for want of a plea.